```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
                                              : DOC #:_____
AUDRA L. HARRIS,                              : DATE FILED: 12/06/2019
                              Plaintiff,      :
                                              :
                                              :          19 Civ. 7585 (LGS)
        -against-                             :
                                              :              ORDER
                                              :
TORY BURCH, LLC, et al.,                      :
                              Defendants.     :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for December 12, 2019;

WHEREAS, the parties failed to file their joint letter and proposed Case Management Plan and Scheduling Order by December 5, 2019, as required by this Court's Order (Dkt. No. 10). It is hereby

**ORDERED** that the initial pretrial conference, scheduled for December 12, 2019, is adjourned to **December 19, 2019, at 10:40 a.m.** The parties shall file their joint letter and proposed Case Management Plan and Scheduling Order as soon as possible, and in any event no later than **December 12, 2019.**

Dated: December 6, 2019
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**