

Kristine J. Feher
Tel 973.443.3273
feherk@gtlaw.com

February 11, 2020

> Defendants' Letter-Motion to adjourn the Initial Conference scheduled for February 18, 2020 (ECF No. 32) is GRANTED. The Initial Conference is adjourned sine die. The parties are directed to file a joint status report by **Wednesday, February 26, 2020** regarding the outcome of mediation. The Clerk of Court is respectfully directed to close ECF No. 32.
>
> SO-ORDERED 2/12/2020
>
> *SARAH L. CAVE*
> United States Magistrate Judge

Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 702
New York, New York 10007

      Re: *Audra L. Harris v. Tory Burch, LLC, et al.*
           <u>Civil Case No.: 19-cv-7585</u>

Dear Judge Cave:

This firm represents Defendants Tory Burch LLC ("Tory Burch") and Holly Simmons-Foley (collectively "Defendants") in the above matter. With the consent of Plaintiff Audra Harris, we write to request an adjournment of the Rule 16 conference currently scheduled on Tuesday, February 18, 2020 at 2:30 p.m.

The parties have agreed to mediate this matter and a mediation is scheduled to take place at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY on Wednesday, February 19, 2020 at 10:00 a.m. In view of this, we ask that the initial conference be adjourned pending the outcome of mediation.

Your Honor's consideration is very much appreciated.

                                       Respectfully submitted,

                                       *s/ Kristine J. Feher*
                                       Kristine J. Feher

KJF:mc

**Greenberg Traurig, LLP | Attorneys at Law**
500 Campus Drive | Suite 400 | Florham Park, New Jersey 07932 | T +1.973.360.7900 | F +1.973.301.8410

www.gtlaw.com