

**Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.**

May 7, 2020

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>Harris v. Tory Burch LLC, 19-cv-7585 (LGS)(SLC)</u>

Dear Judge Cave,

NYLAG represents plaintiff Audra Harris for the limited scope purpose of settlement. On May 6, 2020 Your Honor issued an order rescheduling the July 1, 2020 settlement conference to July 9, 2020 (ECF #43). Due to a scheduling conflict, I am unable to convene on that date. Pursuant to Your Honor's rules relating to adjourning settlement conferences, I consulted with Chambers and counsel and propose July 14, 15 or 16 for the settlement conference.

Respectfully submitted,

*Susanne Toes*

Susanne Toes Keane

> Plaintiff's Letter-Motion for an adjournment (ECF No. 44) is GRANTED. The Settlement Conference scheduled for July 9, 2020 is rescheduled to **Thursday, July 16, 2020 at 10:00 am** with settlement submissions due by **Friday July 10, 2020**. The Clerk of Court is respectfully directed to close ECF No. 44.
>
> SO-ORDERED 5/8/2020
>
> SARAH L. CAVE
> United States Magistrate Judge

**NYLAG Legal Clinic for Pro Se Litigants | Thurgood Marshall United States Courthouse
Room LL22, 40 Centre Street, New York, NY 10007 | (212) 659-6190**