UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUDRA HARRIS,

                Plaintiff,

against

TORY BURCH, LLC and HOLLY SIMMONS-FOLEY,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 7585 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is cognizant of the ongoing travel restrictions and personal and public health considerations that may affect the parties' ability to safely participate in this settlement conference scheduled for Thursday, July 16, 2020, at 10:00 am. While it is the Court's preference that the settlement conference take place in person, the parties may request that the conference take place by telephone by joint email to Chambers at cave_nysdchambers@nysd.uscourts.gov at least **one week before** the scheduled conference.

Dated:      New York, New York
             July 6, 2020

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**